District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RWANGOKO ANDREW,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>    Defendants. | Case No. 2:24-cv-01375-JLR<br><br>STIPULATED MOTION TO CONTINUE DEADLINE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>November 12, 2024 |

Plaintiff Rwangoko Andrew and Defendants, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for a 45-day extension of the deadline for Defendants to respond to the Complaint. A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Continuing pretrial and trial dates is within the discretion of the trial judge. *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986). Good cause exists to extend Defendants' response deadline to December 27, 2024.

Plaintiff brings this lawsuit pursuant to the Administrative Procedure Act and the Mandamus Act to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate the Forms I-730, Refugee/Asylee Relative Petitions, that Plaintiff filed on behalf of

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

his wife and children in December 2018. Recently, USCIS has transferred the petitions to the USCIS Nairobi Field Office for scheduling of the interviews. The parties seek this extension to allow the petitions to reach the Nairobi Field Office. At that time, the parties will have a better understanding of the timeframe required to complete the processing of the petitions.

Therefore, the parties agree to and propose that Defendants' deadline to respond to the Complaint be extended to December 27, 2024.

DATED this 12th day of November, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | SUMMIT LAW GROUP, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Diana Siri Breaux*<br>DIANA SIRI BREAUX, WSBA #46112<br>315 Fifth Avenue S., Suite 1000<br>Seattle, WA 98104<br>Phone: (206) 676-7000<br>Email: dianab@summitlaw.com<br><br>PATTERSON BELKNAP WEBB & TYLER LLP |
| *Attorneys for Defendants* | *s/ Steven A. Zalesin*<br>STEVEN A. ZALESIN*, NYS #2070134 |
| *I certify that this memorandum contains 213 words, in compliance with the Local Civil Rules.* | *s/ Stephanie Sofer*<br>STEPHANIE SOFER*, NYS #5882477 |
| | *s/ Emma Guido Brill*<br>EMMA GUIDO BRILL*, NYS #5562699<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Phone: (212) 336-2000<br>Email: sazalesin@pbwt.com<br>Email: ssofer@pbwt.com<br>Email: ebrill@pbwt.com<br>* Pro Hac Vice Admitted |
| | *Attorneys for Plaintiff* |

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

Defendants' deadline to respond to the Complaint is extended to December 27, 2024. It is so **ORDERED**.

DATED this _13th_ day of ____November_____, 2024.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800