District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RWANGOKO ANDREW,<br><br>         Plaintiff,<br><br>  v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>         Defendants. | Case No. 2:24-cv-01375-JLR<br><br>STIPULATED MOTION TO EXTEND DEADLINE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>December 20, 2024 |

  Plaintiff Rwangoko Andrew and Defendants, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for a 60-day extension of the deadline for Defendants to respond to the Complaint.  A court may modify a deadline for good cause.  Fed. R. Civ. P. 6(b).  Continuing pretrial and trial dates is within the discretion of the trial judge.  *See King v. State of California*, 784 F.2d 910, 912 (9th Cir. 1986).  Good cause exists to extend Defendants' response deadline to February 25, 2025.

  Plaintiff brings this lawsuit pursuant to the Administrative Procedure Act and the Mandamus Act to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate the Forms I-730, Refugee/Asylee Relative Petitions, that Plaintiff filed on behalf of

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

his wife and children in December 2018. With additional time, this case may be resolved without the need of further judicial intervention. The USCIS Nairobi Field Office interviewed the beneficiaries on December 18, 2024. The cases are now undergoing routine background and security vetting. If found eligible after the review, USCIS Nairobi Field Office will work to coordinate and complete medical examinations, request sponsorship assurances, and complete any final background checks and eligibility determinations. After the results are obtained and assuming none of the beneficiaries are subject to a medical ineligibility, then USCIS will request sponsorship assurances and complete any final security checks and eligibility determinations necessary to finalize processing.

Therefore, the parties agree to and propose that Defendants' deadline to respond to the Complaint be extended to February 25, ~~2024~~ 2025.

//

//

//

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 20th day of December, 2024.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | SUMMIT LAW GROUP, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone:  (253) 428-3824<br>Fax:      (253) 428-3826<br>Email:   michelle.lambert@usdoj.gov<br>*Attorneys for Defendants*<br><br>*I certify that this memorandum contains 263 words, in compliance with the Local Civil Rules* | *s/ Diana Siri Breaux*<br>DIANA SIRI BREAUX, WSBA #46112<br>315 Fifth Avenue South, Suite 1000<br>Seattle, Washington 98104<br>Phone: (206) 676-7000<br>Email: dianab@summitlaw.com<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br><br>*s/ Steven A. Zalesin*<br>STEVEN A. ZALESIN*, NYS #2070134<br><br>*s/ Stephanie Sofer*<br>STEPHANIE SOFER*, NYS #5882477<br><br>*s/ Emma Guido Brill*<br>EMMA GUIDO BRILL*, NYS #5562699<br>1133 Avenue of the Americas<br>New York, New York 10036<br>Phone: (212) 336-2000<br>Email: sazalesin@pbwt.com<br>           ssofer@pbwt.com<br>           ebrill@pbwt.com<br>* *Pro Hac Vice Admitted*<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

Defendants' deadline to respond to the Complaint is extended to February 25, 2025. It is so **ORDERED**.

DATED this 20th day of December, 2024.

JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 4

UNITED STATES ATTORNEY
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
(253) 428-3800