District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RWANGOKO ANDREW,<br><br>               Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, *et al.*,[1]<br><br>               Defendants. | Case No. 2:24-cv-01375-JLR<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>January 29, 2025 |

Plaintiff Rwangoko Andrew and Defendants, through their respective counsel, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 10(g) and 16, and hereby jointly stipulate and move for to stay these proceedings until May 23, 2025. Plaintiff brings this lawsuit pursuant to the Administrative Procedure Act and the Mandamus Act to compel the U.S. Citizenship and Immigration Services ("USCIS") to adjudicate the Forms I-730, Refugee/Asylee Relative Petitions, that Plaintiff filed on behalf of his wife and children in December 2018. Defendants'

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Department of Homeland Security Kristi Noem for Alejandro Mayorkas, and U.S. Citizenship and Immigration Services ("USCIS") Acting Director Jennifer B. Higgins for Ur M. Jaddou.

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

response to the Complaint is due on February 25, 2025. For good cause, the parties request that this case be held in abeyance through May 23, 2025.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS Nairobi Field Office approved Plaintiff's Form I-730 petitions on January 3, 2025. On January 20, 2025, President Trump issued an Executive Order ("EO") entitled "Realigning the United States Refugee Admissions Program." Presidential Actions, Executive Order, Jan. 20, 2025, Realigning the United States Refugee Admissions Program, *available at* https://www.whitehouse.gov/presidential-actions/2025/01/realigning-the-united-states-refugee-admissions-program/ (last visited Jan. 28, 2025). Section 3(a) of the EO suspended entry of refugees into the United States through the U.S. Refugee Admissions Program ("USRAP") as of January 27, 2025. Section 3(b) of the EO also suspended "decisions on applications for refugee status" by the Department of Homeland Security as of its issuance. This means that decisions on Form I-590, Registration for Classification as a Refugee, and Form I-730, Asylee/Refugee Relative Petitions filed by principal refugees, are suspended.

Section 4 of the EO indicates that within 90 days of the EO's issuance, the Secretary of Homeland Security, in consultation with the Secretary of State ("the Secretaries"), shall submit a report to the President through the Homeland Security Advisor regarding whether resumption of entry of refugees into the United States under the USRAP would be in the interests of the United States. The Secretaries shall submit further reports every 90 days thereafter for the duration of

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

the USRAP suspension. The suspension will remain in place until President Trump determines that resumption of the USRAP is in the interests of the United States.

Once the USRAP resumes, USCIS Nairobi Field Office will work to coordinate and complete any remaining processing steps that may be required, including but not limited to coordinating with USRAP partners regarding medical examinations and sponsorship assurances, and completion of any final background checks and eligibility determinations. Completion of required case processing, as well as a beneficiary's ability to travel to and enter the United States, may be contingent on any updates to, or forthcoming guidance on, the newly issued Executive Orders.

Additionally, separate from this litigation, Plaintiff's youngest child, who resides in Kenya with the beneficiaries, has an approved Form I-130, Petition for Alien Relative, and is in the process of applying for an immigrant visa through the State Department at the U.S. Embassy in Nairobi. The beneficiaries want to travel to the United States with the child.

Because of the EO, the remaining required steps on the Forms I-730 processing, and to allow time to synchronize travel for Plaintiff's youngest child going through immigrant visa processing, the parties agree and jointly request that this case be held in abeyance until May 23, 2025, and order the parties to file a joint status report on or before May 23, 2025. The parties further request that the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 16) be vacated.

//

//

//

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 29th day of January, 2025.

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | SUMMIT LAW GROUP, PLLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Diana Siri Breaux*<br>Diana Siri Breaux, WSBA #46112<br>dianab@summitlaw.com<br>315 Fifth Avenue S., Suite 1000<br>Seattle, WA 98104<br>Telephone: 206-676-7000<br><br>PATTERSON BELKNAP WEBB & TYLER LLP<br><br>*s/ Steven A. Zalesin*<br>STEVEN A. ZALESIN (*Pro Hac Vice*)<br>sazalesin@pbwt.com |
| *Attorneys for Defendants* | |
| I certify that this memorandum contains 631 words, in compliance with the Local Civil Rules. | *s/ Stephanie Sofer*<br>STEPHANIE SOFER (*Pro Hac Vice*)<br>ssofer@pbwt.com<br><br>*s/ Emma Guido Brill*<br>EMMA GUIDO BRILL (*Pro Hac Vice*)<br>ebrill@pbwt.com<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Telephone: 212.336.2000<br><br>*Attorneys for Plaintiff* |

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**[PROPOSED] ORDER**

The parties having so stipulated, the above is **SO ORDERED**. The parties shall file a joint status report on or before May 23, 2025. The Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. No. 16) is vacated.

DATED this 29th day of January, 2025.

_____
JAMES L. ROBART
United States District Judge

STIPULATED MOTION AND [PROPOSED] ORDER
[Case No. 2:24-cv-01375-JLR] - 5

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800